PROB 12C
(4/19)

# United States District Court

for

District of New Jersey

## Petition for Warrant or Summons for Offender under Supervision

**Name of Offender:** Issach E. Powell, Jr.　　　　　　　　　　　　　　　**Docket Number:** 15-00176-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PACTS Number:** 1484441

**Name of Sentencing Judicial Officer:**　THE HONORABLE ANNE E. THOMPSON
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 06/17/2016

**Original Offense:**　Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

**Original Sentence:** Imprisonment – 66 Months; Supervised Release – 3 Years

**Special Conditions:** Special Assessment - $100.00, Fine - $1,000.00, Prohibitions on Gang/Criminal Associations, New Debt Restrictions

**Type of Supervision:** Supervised Release　　　　　**Date Supervision Commenced:** 01/22/2021

**Assistant U.S. Attorney:** Joseph Gribko and Elisa T. Wiygul, 402 East State Street, Room 430, Trenton, New Jersey 08608, (609) 989-2190

**Defense Attorney:** Andrea D. Bergman, Federal Defenders Office, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609, (609) 989-2160

---

## PETITIONING THE COURT

☒　To issue a warrant (to be lodged as a detainer)
☐　To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states **'The defendant shall not commit another federal, state, or local crime during the term of supervision.'** |
| | On September 23, 2021, Powell was arrested by Freehold Borough Police Department and charged with Prohibited Weapons, Certain Persons Not to Have a Weapon, Possession of a Weapon for an Unlawful Purpose, and Unlawful Possession of a Weapon. Powell was also charged by Freehold Township Police Department with Resisting Arrest/Eluding. The Probation Office awaits the police reports for these matters; however, was informed by dispatch that Powell was inside a vehicle where the driver was suspected to be under the influence. A car chase ensued after the vehicle did not pull over when a car stop was attempted and eventually the vehicle crashed into a telephone pole. Powell exited the vehicle |

and attempted to flee; however, was apprehended by police officers. Several firearms as well as hollow point bullets were found inside the vehicle.

2     The offender has violated the standard supervision condition which states **'If convicted of a felon offense, the defendant shall not possess a firearm or destructive device.'**

As outlined in Violation Number One, Powell possessed a firearm despite being convicted of a felony offense.

3     The offender has violated the standard supervision condition which states **'The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felon unless granted permission to do so by the probation officer.'**

In regard to Violation Number One, Powell was inside a vehicle with others who are convicted of a felony offense and/or engaged in criminal activity. Specifically, Isaac Kelley (DOB 09/23/99) is an individual who has previous indictable convictions to include Aggravated Assault, Burglary, and Unlawful Possession of a Weapon. Additionally, inside the vehicle was Nazzir Wallace (DOB 03/01/05) who is pending two separate indictable cases in Monmouth County at this time, both involving possessing a weapon for an unlawful purpose.

4     The offender has violated the special supervision condition which states **'You shall refrain from associating with, or being in the company of, any members of any street gang, outlaw motorcycle gang, traditional or non-traditional organized crime group, or any other identified threat group. You shall be restricted from frequenting any location where members of said organizations are known to congregate or meet. You shall not have in your possession any item or paraphernalia which has any significance or is evidence of affiliation with said organizations.'**

Through review of Powell's social media, he posted photos associated to the street gang "Krenshaw," a gang related to the Bloods street gang. Specifically, in one photo that was posted in May of 2021, Powell has a gang symbol held up with each hand and is wearing a red shirt that reads "Krenshaw BVGS 104."

5     The offender has violated the standard supervision condition which states **'The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.'**

Powell was laid off by his previous employer, Aptar, in May of 2021, due to him not wanting to receive the COVID-19 vaccine. Powell has not obtained lawful employment since that time.

6     The offender has violated the mandatory supervision condition which states **'The defendant shall pay a fine of $1,000.00. In the event the fine is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $50.00, to commence 30 days after release from confinement.'**

Prob 12C – page 3
Issach E. Powell, Jr.

Since the commencement of Powell's supervision in January of 2021, Powell has made only two $50 payments toward his $1,000 fine.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carly T. Schultz*
By:   CARLY T. SCHULTZ
U.S. Probation Officer

/ cts

APPROVED:

*Sharon O'Brien   September 23, 2021*
SHARON O'BRIEN                            Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

[X]  The Issuance of a Warrant To Be Lodged As A Detainer (as recommended by the Probation Office)
[ ]  The Issuance of a Summons. Date of Hearing: _____.
[ ]  No Action
[ ]  Other

/s/ *Anne E. Thompson*
Signature of Judicial Officer

09/23/2021
Date